IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NYJAH ROSS, *et al.*     )
                         )
   Plaintiffs,         )
                         )
v.                       )     Civil Action No. 1:20-cv-00281 (RDA/JFA)
                         )
PENTAGON FEDERAL CREDIT UNION, )
*et al.*                 )
                         )
                         )
   Defendants.         )

## ORDER

This matter comes before the Court on Plaintiffs Nyjah Ross and Thomas Castelli's ("Plaintiffs") Notice of Dismissal. Dkt. 8. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
May 18, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge